UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**SEALED**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:24-mj-00724-MG-01 |
| TY'RAY ANQUAN WILSON, | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841 and 18 U.S.C. § 2 Distribution of Controlled Substances and Aiding and Abetting | 0-20 | $1M | NLT 3 Years |
| 2 | 21 U.S.C. § 841 and 18 U.S.C. § 2 Distribution of Controlled Substances and Aiding and Abetting | 0-20 | $1M | NLT 3 Years |
| 3 | 18 U.S.C. § 924(c) Use or Carry of a Firearm During and in Relation to a Drug Trafficking Crime | 5-Life | $250,000 | NMT 5 Years |

Dated: _____       _____
                                                                Ty'Ray Anquan Wilson
                                                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana