# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:25-mj-00724-MG |
| TY'RAY ANQUAN WILSON (-01) | ) | |
| Defendant. | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ty'Ray Anquan Wilson

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 & 2: Distribution of Controlled Substances and Aiding and Abetting, in violation of 21 U.S.C. § 841 and 18 U.S.C. § 2
Count 3: Use or Carry of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)

Date: 8/5/2025

*Mario Garcia*
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, Indiana

### Return

This warrant was received on *(date)* 8/5/2025, and the person was arrested on *(date)* 8/5/2025
at *(city and state)* Muncie, Indiana

Date: 8/6/2025

*Arresting officer's signature*

SA Dillon Holm
Printed name and title