UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CAUSE NO.: 1:25-mj-724-MG-2 |
| vs. | ) |
| | ) |
| **DUNCAN HARMON,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**FILED**
**08/08/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record:

Charles C. Hayes of the law firm of Hayes Ruemmele LLC is authorized to practice law in this district and hereby enters his appearance as appointed CJA counsel for Defendant.

Respectfully submitted,

HAYES RUEMMELE LLC

By:   /s/ *Charles C. Hayes*
Charles C. Hayes
22 E. Washington St.
Ste. 610
Indianapolis IN 46204
charles@chjrlaw.com
T: 317-491-1050
F: 317-491-1043

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        HAYES RUEMMELE LLC

By:    /s/ *Charles C. Hayes*
          Charles C. Hayes
          22 E. Washington St.
          Ste. 610
          Indianapolis IN 46204
          charles@chjrlaw.com
          T: 317-491-1050
          F: 317-491-1043