UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:25-mj-724-MG |
| | ) | |
| TY-RAY ANQUAN WILSON (1), | ) | |
| DUNCAN HARMON (2) | ) | |
| Defendant. | | |

**COURTROOM MINUTE FOR AUGUST 6, 2025**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Complaint filed on August 5, 2025. Defendants appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Lindsay Karwoski. USPO represented by Billie Galbreath.

Financial affidavit approved for both defendants. Counsel appointed for both defendants.

Charges, rights and penalties were reviewed and explained. Defendants waived reading of the complaint.

Defendants knowingly and voluntarily waived his right to a preliminary hearing and probable cause found.

Government moved for pretrial detention and a hearing was scheduled. Detention hearing set for **August 13, 2025 at 1:00 p.m. (Est) in Rm. 270** as to defendant Wilson (1) and **August 13, 2025 at 2:00 p.m. in Rm. 270** as to defendant Harmon (2), before the Criminal Duty Magistrate Judge.

Government moved for both defendants to submit to a urinalysis and the same granted.

Government moved to unseal this cause of action and the same granted.

Defendants remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 8/7/2025

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system